```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 16192
   DENISE M TAYLOR
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-6870


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/24/2008 and was not confirmed.

     The case was dismissed without confirmation 10/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------

STEVEN & SUSAN C IGIELSK   SECURED              417.59        .00         417.59
STEVEN & SUSAN C IGIELSK   SECURED              781.17        .00         781.17
MCI                        UNSEC W/INTER   NOT FILED          .00            .00
CHARTER ONE                UNSEC W/INTER   NOT FILED          .00            .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER      180.75          .00            .00
BRADLEY H FOREMAN          NOTICE ONLY     NOT FILED          .00            .00
TRINITY NATIONAL EMERGEN   UNSEC W/INTER   NOT FILED          .00            .00
CHASE MANHATTAN MORTGAGE   NOTICE ONLY     NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSEC W/INTER   NOT FILED          .00            .00
GEMB/MONTGOMERY WARD       UNSEC W/INTER   NOT FILED          .00            .00
HARRIS                     UNSEC W/INTER   NOT FILED          .00            .00
HOMECOMINGS FINANCIAL      NOTICE ONLY     NOT FILED          .00            .00
ADVOCATE TRINITY HOSPITA   UNSEC W/INTER   NOT FILED          .00            .00
SOUTH SHORE RADIOLOGY      UNSEC W/INTER   NOT FILED          .00            .00
EVERGREEN MEDICAL          UNSEC W/INTER   NOT FILED          .00            .00
MILA INC                   NOTICE ONLY     NOT FILED          .00            .00
NCO MEDCLR                 UNSEC W/INTER   NOT FILED          .00            .00
NCO MEDCLR                 UNSEC W/INTER   NOT FILED          .00            .00
NCO FINANCIAL SYSTEM       UNSEC W/INTER   NOT FILED          .00            .00
NCO FINANCIAL SYSTEM       UNSEC W/INTER   NOT FILED          .00            .00
NCO FINANCIAL SYSTEM       UNSEC W/INTER   NOT FILED          .00            .00
NET 1ST BANK               UNSEC W/INTER   NOT FILED          .00            .00
OCWEN LOAN SERVICING LLC   NOTICE ONLY     NOT FILED          .00            .00
OPTION ONE MORTGAGE        NOTICE ONLY     NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER     4920.63          .00            .00
SOUTH SHORE HOSPITAL       UNSEC W/INTER   NOT FILED          .00            .00
RMI/MCSI                   UNSEC W/INTER      200.00          .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER   NOT FILED          .00            .00
SOUTH SHORE EMERGENCY PH   UNSEC W/INTER   NOT FILED          .00            .00
ANGELA COBB                NOTICE ONLY     NOT FILED          .00            .00
DEBRA LIRA                 NOTICE ONLY     NOT FILED          .00            .00
STEVEN & SUSAN C IGIELSK   NOTICE ONLY     NOT FILED          .00            .00
STEVEN & SUSAN C IGIELSK   NOTICE ONLY     NOT FILED          .00            .00
THOMAS JEFFERSON           NOTICE ONLY     NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER      500.03          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 16192 DENISE M TAYLOR
```

```
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER   1218.49                 .00              .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER    292.25                 .00              .00
LEGAL HELPERS PC         DEBTOR ATTY     2,450.00                                 .00
TOM VAUGHN               TRUSTEE                                               104.24
DEBTOR REFUND            REFUND                                                   .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  1,303.00

PRIORITY                                              .00
SECURED                                          1,198.76
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               104.24
DEBTOR REFUND                                         .00
                        ---------------      ---------------
TOTALS                   1,303.00                1,303.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 01/27/09            _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE